#19

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JAVIER PONTAZA-ARRIETA

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR1952-IEG

I, JAVIER PONTAZA-ARRIETA, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6-12-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Javier Pontaza Arrieta
Defendant

Counsel for Defendant

Before
JUDICIAL OFFICER

FILED

JUN 12 2008